IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HRGM CORPORATION, | * | |
| and | * | CASE NO: 07-cv-1176 (JR) |
| RAMESH BUTANI, | * | |
| and | * | |
| HANSA BUTANI, | * | |
|     Plaintiffs, | * | |
|     v. | * | |
| ATLANTIC MUTUAL INSURANCE COMPANY, | * | |
| | * | |
|     Defendant. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DISCLOSURE OF CORPORATE INTEREST

Defendant, Atlantic Mutual Insurance Company ("Atlantic"), by and through its undersigned counsel, and pursuant to Local Rule 103.3, states that Atlantic is the parent corporation for the following wholly owned subsidiaries: Atlantic Companies Holding Corporation, Atlantic Mutual International Limited, Centennial Insurance Co., Atlantic Risk Services, Inc., and ALICOT Ins. Co.  No corporation, unincorporated association, partnership, or business entity not a party to the case, except as identified herein, has a financial interest in this litigation as set forth in L.R. 103.3.

Respectfully submitted,

Niles, Barton & Wilmer, LLP

_____/s/_____
Craig D. Roswell
Bar Number: 433406
111 South Calvert Street, Suite 1400
Baltimore, MD 21202
410-783-6300
Facsimile 410-783-6363
cdroswell@niles-law.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2007, a copy of the foregoing Notice of Removal was electronically filed via the U.S. District Court for the District of Columbia's electronic case management system and served via first class mail, postage pre-paid to:

Craig A. Holman
Arnold & Porter, LLP
555 12th Street, N.W.
Washington, D.C. 20004
*Attorney for Plaintiffs*

_____/s/_____
Craig D. Roswell

ND: 4832-4055-3729, v. 1