### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HRGM CORPORATION** | * | |
| and | * | **CASE NO: 1:07-cv-01176 JR** |
| **RAMESH BUTANI** | * | |
| and | * | |
| **HANSA BUTANI** | * | |
| Plaintiffs, | * | |
| v. | * | |
| **ATLANTIC MUTUAL INSURANCE COMPANY** | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF ENTRY OF APPEARANCE

Please note the appearance of Craig D. Roswell, Esquire, Niles Barton & Wilmer, LLP, as additional counsel for Defendant, Atlantic Mutual Insurance Company in the above matter.

Respectfully submitted,

Niles, Barton & Wilmer, LLP

_____/S/_____
Craig D. Roswell
Bar Number: 433406
111 South Calvert Street, Suite 1400
Baltimore, MD 21202
410-783-6300
Facsimile 410-783-6363
cdroswell@niles-law.com
*Attorney for Defendant*