IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HRGM CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-cv-1176 (JR) |
| | ) | |
| ATLANTIC MUTUAL INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

On behalf of Plaintiffs HRGM Corporation, Ramesh Butani, and Hansa Butani, in the above-referenced case, please enter the appearance of counsel listed below:

> Craig A. Holman (D.C. Bar No. 447852)
> Cameron W. Fogle (D.C. Bar No. 473380)
> ARNOLD & PORTER LLP
> 555 12th Street, N.W.
> Washington, D.C.  20004
> Phone: (202) 942-5722
> Fax: (202) 942-5999

Dated:  July 20, 2007

Respectfully submitted,

/s/Craig A. Holman
Craig A. Holman (D.C. Bar No. 447852)
Cameron A. Fogle (D.C. Bar No. 473380)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
Phone: (202) 942-5722
Fax: (202) 942-5999
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on this 20th day of July 2007, a copy of the foregoing Notice of Appearance was served, via electronic mail and first class mail, postage prepaid, on the following:

>Craig D. Roswell
>Niles, Barton & Wilmer, LLP
>111 South Calvert Street, Suite 1400
>Baltimore, Maryland  21202

>/s/Craig A. Holman
>Craig A. Holman