# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HRGM CORPORATION, et al.  )<br>  )<br>               Plaintiffs,  )<br>  )<br>               v.  )<br>  )<br>ATLANTIC MUTUAL INSURANCE COMPANY )<br>  )<br>             Defendant.  )  | Case No. 07-cv-1176 (JR) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

We, undersigned counsel for Plaintiff HRGM Corporation ("HRGM"), hereby certify that, to the best of our knowledge and belief, no parent companies, subsidiaries, or affiliates of HRGM exist which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 20, 2007

Respectfully submitted,

/s/Craig A. Holman
Craig A. Holman (D.C. Bar No. 447852)
Cameron A. Fogle (D.C. Bar No. 473380)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Phone: (202) 942-5722
Fax: (202) 942-5999
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on this 20th day of July 2007, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was served, via electronic mail and first class mail, postage prepaid, on the following:

>Craig D. Roswell
>Niles, Barton & Wilmer, LLP
>111 South Calvert Street, Suite 1400
>Baltimore, Maryland  21202

>/s/Craig A. Holman
>Craig A. Holman