**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HR GENERAL MAINTENANCE CORPORATION<br>t/a HRGM CORPORATION | * |
| | * |
| Plaintiff | * |
| | *     Case No.: 1:07-cv-01176-JR |
| v. | |
| | * |
| ATLANTIC MUTUAL INSURANCE COMPANY | * |
| | * |
| Defendant | |
| | * |

*     *     *     *     *     *     *     *     *     *     *     *     *

## MOTION FOR ADMISSION PRO HAC VICE

I, Craig D. Roswell, am a member in good standing of the bar of this Court. My bar number is 433406. I am moving the admission of Jacqueline G. Badders to appear *pro hac vice* in this case as counsel for the Defendant, Atlantic Mutual Insurance Company.

We certify that:

1.      The proposed admittee is not a member of the District of Columbia bar, has no application for membership pending, and does not maintain any law office in the District of Columbia.

2.      The proposed admittee is a member in good standing of the bars of the following State Courts and/or United Stated Courts:

| | |
|---|---|
| Maryland State Circuit and District Courts | Admitted 6/15/2004 |
| U.S.D.C. for the District of Maryland | Admitted in 2004 |
| 4th Circuit Court of Appeals | Admitted 4/1/2005 |

3.     During the twenty-four months immediately preceding this motion, the proposed

admittee has been admitted *pro hac vice* in this Court 0 times.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to

practice law in any jurisdiction.

5.     The proposed admittee is familiar with the Code of Professional Responsibility, the

Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to

the disciplinary jurisdicition of this Court.

6.     The proposed admittee understand admission pro hac vice is for this case only and does

not constitute formal admission to the bar of this Court.

7.     The undersigned movant will server as co-counsel in these proceedings.

8.     The completed Electronic Case Files Attorney Registration Form is attached.

Respectfully submitted,

MOVANT                                          PROPOSED ADMITTEE

_____                _____
Craig D. Roswell, Esquire                       Jacqueline G. Badders, Esquire
Niles, Barton & Wilmer, LLP                     Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400               111 S. Calvert Street, Suite 1400
Baltimore, MD 21202                             Baltimore, MD 21202
(410) 783-6341                                  (410) 783-6379
fax (410) 783-6363                              fax (410) 783-6363

**********************************************************************************

## ORDER

____ GRANTED                                    ____ DENIED


_____                _____
Date                                            Clerk, United States District Court


ND: 4847-2678-4769, v. 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number:  1:07-cv-01176-JR

First Name/Middle Initial/Last Name    Jacqueline G. Badders

Last four digits of Social Security Number    9675

DC Bar ID#:

Firm Name    Niles, Barton & Wilmer, LLP

Firm Address    111 S. Calvert Street, Suite 1400

Baltimore, MD 21202

Voice Phone Number    (410) 783-6379

FAX Phone Number    (410) 783-6363

Internet E-Mail Address    jgbadders@niles-law.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.    This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia.** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.    Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.      An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance.   An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case.   The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.      Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively,  you may be required to appear in person to receive your new password.**

5.      Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:                U.S. District Court for the District of Columbia
                                            Attn:   Attorney Admissions
                                            333 Constitution Avenue NW, Room 1825
                                            Washington, DC  20001

Or FAX to:                                  Peggy Trainum
                                            U.S. District Court for the District of Columbia
                                            (202) 354-3067

Applicant's Signature _____

_BADDERS_____          _J_____          _9675_____
Full Last Name                     Initial of        Last 4 Digits SS#
                                   First Name