**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HRGM CORPORATION, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1176 (JR) |
| ATLANTIC MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

**ORDER**

Upon consideration of defendant/counter claimaint Atlantic Mutual Insurance Company's motion for the *pro hac vice* appearance of Jacqueline G. Badders [8], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge