UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HRGM CORPORATION, *et al.*,       :
                                  :
       Plaintiffs,            :
                                  :
  v.                              :   Civil Action No. 07-1176 (JR)
                                  :
ATLANTIC MUTUAL INSURANCE         :
COMPANY,                          :
                                  :
       Defendant.             :

### SCHEDULING ORDER

After a scheduling conference held in chambers on August 14, 2007, the parties' Rule 16.3 report [9] is approved and **SO ORDERED**.  It is

**FURTHER ORDERED** that a status conference is set for **November 15, 2007 at 4:30 p.m.**  Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions.  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial

conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance date set forth in this scheduling order.**

                                        JAMES ROBERTSON
                              United States District Judge