# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HR GENERAL MAINTENANCE CORPORATION t/a HRGM CORPORATION  Plaintiff  v.  ATLANTIC MUTUAL INSURANCE COMPANY  Defendant | *  *  *  *  *  *  *  *    Case No.: 1:07-cv-01176-JR |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STRIKE APPEARANCE OF JACQUELINE BADDERS

Defendant, Atlantic Mutual Insurance Company, by its undersigned attorneys hereby move this Court to strike the appearance of Jacqueline G. Badders who was recently admitted *pro hac vice*. Ms. Badders will be leaving the employ of Niles, Barton & Wilmer, LLP.

WHEREFORE, Defendant respectfully moves to strike the appearance of Jacqueline G. Badders.

Respectfully submitted,

  /s/ Craig D. Roswell_____         /s/ Jacqueline G. Badders_____
Craig D. Roswell, Esquire               Jacqueline G. Badders, Esquire
Niles, Barton & Wilmer, LLP             Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400       111 S. Calvert Street, Suite 1400
Baltimore, MD 21202                     Baltimore, MD 21202
(410) 783-6341                          (410) 783-6379
fax (410) 783-6363                      fax (410) 783-6363

ND: 4811-8902-6817, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HR GENERAL MAINTENANCE COPORATION<br>t/a HRGM CORPORATION | * | |
| | * | |
| Plaintiff | | |
| v. | * | Case No.: 1:07-CV-01176-JR |
| ATLANTIC MUTUAL INSURANCE COMPANY | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon review and consideration of Defendant's Motion to Strike the Appearance of Jacqueline Badders, and good cause having been shown, it is this ___ day of _____, 2007, hereby

ORDERED that the appearance of Jacqueline G. Badders be stricken.

_____
JAMES ROBERTSON
United States District Judge

ND: 4831-6880-3841, v. 1