IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HR GENERAL MAINTENANCE CORPORATION  \*
t/a HRGM CORPORATION
                                    \*
        Plaintiff
                                    \*   Case No.: 1:07-cv-01176-JR
v.
                                    \*
ATLANTIC MUTUAL INSURANCE COMPANY
                                    \*
        Defendant
                                    \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO WITHDRAW APPEARANCE OF JACQUELINE BADDERS

Defendant, Atlantic Mutual Insurance Company, by its undersigned attorneys hereby move this Court to withdraw the appearance of Jacqueline G. Badders who was recently admitted *pro hac vice*.  Ms. Badders will be leaving the employ of Niles, Barton & Wilmer, LLP.

WHEREFORE, Defendant respectfully moves to withdraw the appearance of Jacqueline G. Badders.

Respectfully submitted,

  \_\_/s/ Craig D. Roswell_____          \_\_\_\_/s/ Jacqueline G. Badders_____
Craig D. Roswell, Esquire                  Jacqueline G. Badders, Esquire
Niles, Barton & Wilmer, LLP                Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400          111 S. Calvert Street, Suite 1400
Baltimore, MD 21202                        Baltimore, MD 21202
(410) 783-6341                             (410) 783-6379
fax (410) 783-6363                         fax (410) 783-6363

ND: 4811-8902-6817, v.  1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HR GENERAL MAINTENANCE COPORATION<br>t/a HRGM CORPORATION<br><br>Plaintiff<br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY<br><br>Defendant | *<br><br>*<br><br>*   Case No.: 1:07-CV-01176-JR<br><br>*<br><br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon review and consideration of Defendant's Motion to Withdraw the Appearance of Jacqueline Badders, and good cause having been shown, it is this ___ day of _____, 2007, hereby

ORDERED that the appearance of Jacqueline G. Badders be withdrawn.

_____
JAMES ROBERTSON
United States District Judge

ND: 4831-6880-3841, v. 1