IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HR GENERAL MAINTENANCE CORPORATION t/a HRGM CORPORATION | * | |
| | * | |
| Plaintiff | * | Case No.: 1:07-cv-01176-JR |
| v. | * | |
| ATLANTIC MUTUAL INSURANCE COMPANY | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

I, Craig D. Roswell, am a member in good standing of the bar of this Court. My bar number is 433406. I am moving the admission of Richard A. DuBose II to appear *pro hac vice* in this case as counsel for the Defendant, Atlantic Mutual Insurance Company.

We certify that:

1. The proposed admittee is not a member of the District of Columbia bar, has no application for membership pending, and does not maintain any law office in the District of Columbia.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United Stated Courts:

| | | |
|---|---|---|
| Maryland State Circuit and District Courts | Admitted | 12/16/03 |
| U.S.D.C. for the District of Maryland | Admitted | 07/15/05 |

3.   During the twenty-four months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdicition of this Court.

6.   The proposed admittee understand admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.   The undersigned movant will server as co-counsel in these proceedings.

8.   The completed Electronic Case Files Attorney Registration Form is attached.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Craig D. Roswell, Esquire | Richard A. DuBose II, Esquire |
| Niles, Barton & Wilmer, LLP | Niles, Barton & Wilmer, LLP |
| 111 S. Calvert Street, Suite 1400 | 111 S. Calvert Street, Suite 1400 |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| (410) 783-6341 | (410) 783-6379 |
| fax (410) 783-6363 | fax (410) 783-6363 |

*****************************************************************

## ORDER

___ GRANTED          ___ DENIED

_____          _____
Date                              Clerk, United States District Court

ND: 4847-2678-4769, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HR GENERAL MAINTENANCE CORPORATION<br>t/a HRGM CORPORATION | * | |
| | * | |
| Plaintiff | * | Case No.: 1:07-cv-01176-JR |
| v. | * | |
| ATLANTIC MUTUAL INSURANCE COMPANY | * | |
| Defendant | * | |

* * * * * * * * * * * * *

## ORDER

Upon consideration of defendant/counter claimant Atlantic Mutual Insurance Company's motion for the *pro hac vice* appearance of Richard A. DuBose II, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

_____
JAMES ROBERTSON
United States District Judge

ND: 4835-8875-8529, v. 1