**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HRGM CORPORATION, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|     v. | : Civil Action No. 07-1176 (JR) |
| | : |
| ATLANTIC MUTUAL INSURANCE COMPANY, | : |
| | : |
|     Defendant. | : |

**ORDER**

    Upon consideration of defendant's motion for the *pro hac vice* appearance of Richard A. DuBose II [15], it is

    **ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                              JAMES ROBERTSON
                              United States District Judge