**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HR GENERAL MAINTENANCE CORPORATION t/a HRGM CORPORATION<br><br>Plaintiff<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY<br><br>Defendant | *<br>*<br>*   Case No.: 1:07-CV-01176-JR<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW APPEARANCE OF BRETT A. BUCKWALTER

Defendant, Atlantic Mutual Insurance Company, by its undersigned attorneys hereby moves this Court to withdraw the appearance of Brett A. Buckwalter.

Respectfully submitted,

  /s/ Craig D. Roswell                     /s/ Brett A. Buckwalter
Craig D. Roswell, Esquire            Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP          Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400    111 S. Calvert Street, Suite 1400
Baltimore, MD 21202                  Baltimore, MD 21202
(410) 783-6341                       (410) 783-6379
fax (410) 783-6363                   fax (410) 783-6363

ND: 4811-8902-6817, v. 1