IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HR GENERAL MAINTENANCE CORPORATION     *
t/a HRGM CORPORATION
                                                                           *

              Plaintiff

                                                                               *      Case No.: 1:07-CV-01176-JR
v.
                                                                               *

ATLANTIC MUTUAL INSURANCE COMPANY
                                                                               *

              Defendant
                                                                                  *
\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**MOTION TO WITHDRAW APPEARANCE OF RICHARD A. DUBOSE II**

       Defendant, Atlantic Mutual Insurance Company, by its undersigned attorneys hereby moves this Court to withdraw the appearance of Richard A. DuBose.


| /s/ Craig D. Roswell | /s/ Richard A. DuBose |
|---|---|
| Craig D. Roswell, Esquire | Richard A. DuBose, Esquire |
| Niles, Barton & Wilmer, LLP | Niles, Barton & Wilmer, LLP |
| 111 S. Calvert Street, Suite 1400 | 111 S. Calvert Street, Suite 1400 |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| (410) 783-6341 | (410) 783-6379 |
| fax (410) 783-6363 | fax (410) 783-6363 |

ND: 4814-3086-4642, v. 1