UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HRGM CORPORATION, *et al.*,          :
                                      :
      Plaintiffs,               :
                                      :
  v.                                 : Civil Action No. 07-1176 (JR)
                                      :
ATLANTIC MUTUAL INSURANCE             :
COMPANY,                              :
                                      :
      Defendant.                :

### REFERRAL TO MEDIATION ORDER

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by February 15, 2008. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m. on March 3, 2008.**


                                          JAMES ROBERTSON
                                United States District Judge