THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HRGM CORPORATION, et al.      ) | |
| ) | |
|     Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v.      ) | Case No. 1:07-cv-01176-JR |
| ) | |
| ATLANTIC MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|     Defendant/Counter-Plaintiff. ) | |

**JOINT TO MOTION FOR EXTENSION OF MEDIATION DEADLINE**

Pursuant to Local Civil Rule 84.7(e), Plaintiffs/Counter-Defendants HRGM Corporation, Ramesh Butani and Hansa Butani (collectively, "Plaintiffs"), and Defendant Counter-Plaintiff Atlantic Mutual Insurance Company ("Atlantic"), by their undersigned counsel, hereby move for a 30-day extension of the February 15, 2008 mediation deadline in this case.

In November 2007, the Court referred this case to mediation, setting a February 15, 2008 mediation deadline. The Court also scheduled a status hearing for March 3, 2008 that would occur if the parties were unable to settle their disputes in mediation. Plaintiffs and Atlantic had a productive mediation session on February 8, 2008. At the conclusion of this session, the mediator and the parties agreed that it would be beneficial to continue the mediation process. The mediator, however, was out of town the week of February 11, 2008.

In order to facilitate continued negotiations, the parties jointly request that the Court extend the mediation deadline by 30 days to Monday, March 17, 2008, reschedule the March 3, 2008 status conference, and continue the stay of all other matters.

WHEREFORE, Plaintiffs and Atlantic request that the Court grant this Joint Motion for Extension for Mediation Deadline and accept the amended deadlines proposed herein.

Dated:  February 15, 2008

        Respectfully submitted,

        /s/ Craig A. Holman
        Craig A. Holman (D.C. Bar No. 447852)
        Cameron W. Fogle (D.C. Bar No. 473380)
        ARNOLD & PORTER, LLP
        55 Twelfth Street, N.W.
        Washington, D.C.  20004
        Tel: (202) 942-5000/Fax: (202) 942-5722

        *Counsel for HRGM Corporation and*
        *Ramesh Butani and Hansa Butani*


        /s/ Craig D. Roswell
        Craig D. Roswell (D.C. Bar No. 433406)
        Niles, Barton & Wilmer, LLP
        111 South Calvert Street
        Suite 1400
        Baltimore, Maryland 21202
        Tel:  (410) 783-6341/ Fax (410) 783-6415

        *Counsel for Atlantic Mutual Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Joint Motion for Extension of Mediation Deadline to be served by electronic mail this 15th day of February 2008 on:

Craig D. Roswell
Niles, Barton & Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202


   /s/ Craig A. Holman
Craig A. Holman

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HRGM CORPORATION, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01176-JR |
| ) | |
| ATLANTIC MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**ORDER**

The Court, having considered the Joint Motion for Extension of Mediation Deadline filed by Plaintiffs/Counter-Defendants HRGM Corporation, Ramesh Butani, and Hansa Butani and Defendant/Counter-Plaintiff Atlantic Mutual Insurance Company, hereby

ORDERS that the Joint Motion for Extension of Mediation Deadline is **GRANTED**; and

FURTHER ORDERS that the mediation deadline and related stay be extended to March 17, 2008; and

FURTHER ORDERS that the status conference scheduled for March 3, 2008 is cancelled;

This Court will reschedule the March 3, 2008 status conference by separate order.

_____
JAMES ROBERTSON
United States District Judge