FILED
FEB 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HRGM CORPORATION, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01176-JR |
| ) | |
| ATLANTIC MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### ORDER

The Court, having considered the Joint Motion for Extension of Mediation Deadline filed by Plaintiffs/Counter-Defendants HRGM Corporation, Ramesh Butani, and Hansa Butani and Defendant/Counter-Plaintiff Atlantic Mutual Insurance Company, hereby

ORDERS that the Joint Motion for Extension of Mediation Deadline is **GRANTED**; and

FURTHER ORDERS that the mediation deadline and related stay be extended to March 17, 2008; and

FURTHER ORDERS that the status conference scheduled for March 3, 2008 is RESET to March 25, 2008 at 4:30 p.m.

_____
JAMES ROBERTSON
United States District Judge

Dated: 2/19/08