THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HRGM CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| | ) | |
| v. | ) | Case No.  1:07-cv-01176-JR |
| | ) | |
| ATLANTIC MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

As discussed at the March 25, 2008 status conference, Plaintiffs/Counter-Defendants

HRGM Corporation, Ramesh Butani and Hansa Butani (collectively, "Plaintiffs"), and

Defendant Counter-Plaintiff Atlantic Mutual Insurance Company ("Atlantic"), by their

undersigned counsel, hereby move for entry of the attached proposed scheduling order.

Respectfully submitted,

/s/ Cameron W. Fogle
Craig A. Holman (D.C. Bar No. 447852)
Cameron W. Fogle (D.C. Bar No. 473380)
ARNOLD & PORTER, LLP
55 Twelfth Street, N.W.
Washington, D.C.  20004
Tel: (202) 942-5000/Fax: (202) 942-5722
*Counsel for Plaintiffs*

/s/ Craig D. Roswell
Craig D. Roswell (D.C. Bar No. 433406)
Niles, Barton & Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202
Tel:  (410) 783-6341/ Fax (410) 783-6415
*Counsel for Atlantic Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the Joint Motion for Entry of

Scheduling Order to be served by electronic mail this 27th day of March 2008 on:


Craig A. Holman, Esquire
Cameron W. Fogle, Esquire
Arnold & Porter, LLP
55 Twelfth Street, N.W.
Washington, DC 20004
*Counsel for Plaintiff*



                                         /s/ Craig D. Roswell
                                        Craig D. Roswell

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HRGM CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| | ) | |
| v. | ) | Case No.  1:07-cv-01176-JR |
| | ) | |
| ATLANTIC MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**ORDER**

The Court, having considered the Joint Motion for Entry of Amended Scheduling Order,

hereby

ORDERS that the Motion is **GRANTED**, and sets the following discovery schedule:

1.  Fact discovery shall be completed by May 23, 2008;

2.  Plaintiffs shall make their expert disclosures and produce expert witness reports in accordance with Fed. R. Civ. P. 26(a)(2) on or before June 23, 2008;

3.  Defendant shall make its expert disclosures and produce expert witness reports in accordance with Fed. R. Civ. P. 26(a)(2) on or before July 23, 2008;

4.  Expert discovery shall be completed by August 22, 2008;

5.  The parties shall fill cross motions for summary judgment, if appropriate, on September 5, 2008;

6.  Oppositions to summary judgment motions shall be filed by September 19, 2008; and

7.  Replies in support of summary judgment motions shall be filed by September 26, 2008.

This Court will schedule the trial and pre-trail conference by separate order.


_____

JAMES ROBERTSON
United States District Judge


cc:    Craig D. Roswell, Esquire
       Craig A. Holman, Esquire
       Cameron W. Fogle, Esquire