THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HRGM CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01176-JR |
| | ) | |
| ATLANTIC MUTUAL INSURANCE COMPANY | ) ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiffs/Counter-Defendants HRGM Corporation, Ramesh Butani and Hansa Butani (collectively, "Plaintiffs"), and Defendant Counter-Plaintiff Atlantic Mutual Insurance Company ("Atlantic"), by their undersigned counsel, hereby move for an extension of time to complete discovery and entry of the attached proposed amended scheduling order. Despite the parties' diligent efforts, the size and complexity of document production has made it impossible to meet the current discovery deadlines. The underlying dispute in this case concerns scores of prior lawsuits and as a result, the volume of documents involved in this litigation is exponentially higher than the average case. The issues that the parties have experienced with regard to document production have delayed depositions and expert discovery as these events are dependent upon production of relevant documents.

As reflected in the attached proposed order, Plaintiffs and Atlantic are requesting that all discovery dates be extended by 60 days. The parties believe that this extension will allow them to complete discovery in an orderly manner and without further

amendment of the scheduling order. The parties have and will continue to work together to complete discovery as efficiently as possible.

    Respectfully submitted,

    /s/ Cameron W. Fogle
    Craig A. Holman (D.C. Bar No. 447852)
    Cameron W. Fogle (D.C. Bar No. 473380)
    ARNOLD & PORTER, LLP
    55 Twelfth Street, N.W.
    Washington, D.C. 20004
    Tel: (202) 942-5000/Fax: (202) 942-5722

    *Counsel for Plaintiffs*

    /s/ Craig D. Roswell
    Craig D. Roswell (D.C. Bar No. 433406)
    Niles, Barton & Wilmer, LLP
    111 South Calvert Street
    Suite 1400
    Baltimore, Maryland 21202
    Tel: (410) 783-6300/ Fax (410) 783-6363

    *Counsel for Atlantic Mutual Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Joint Motion for Extension of Time to Complete Discovery to be served by electronic mail this 23rd day of May 2008 on:

Craig D. Roswell
Niles, Barton & Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202

/s/ Cameron W. Fogle
Cameron W. Fogle

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HRGM CORPORATION, et al.      ) | |
|                               ) | |
|     Plaintiffs/Counter-Defendants,  ) | |
|                               ) | |
|         v.                           ) | Case No.  1:07-cv-01176-JR |
|                               ) | |
| ATLANTIC MUTUAL INSURANCE     ) | |
| COMPANY,                          ) | |
|                               ) | |
|     Defendant/Counter-Plaintiff.     ) | |

**ORDER**

The Court, having considered the Joint Motion for Extension of Time to Complete Discovery, hereby

ORDERS that the Motion is **GRANTED**, and sets the following amended discovery schedule:

1. Fact discovery shall be completed by July 23, 2008;

2. Plaintiffs shall make their expert disclosures and produce expert witness reports in accordance with Fed. R. Civ. P. 26(a)(2) on or before August 22, 2008;

3. Defendant shall make its expert disclosures and produce expert witness reports in accordance with Fed. R. Civ. P. 26(a)(2) on or before September 22, 2008;

4. Expert discovery shall be completed by October 22, 2008;

5. The parties shall file cross motions for summary judgment, if appropriate, on November 4, 2008;

6. Oppositions to summary judgment motions shall be filed by November 19, 2008; and

7. Replies in support of summary judgment motions shall be filed by November 26, 2008.

This Court will schedule the trial and pre-trail conference by separate order.

_____
JAMES ROBERTSON
United States District Judge