**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HRGM CORPORATION, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 07-1176 (JR) |
| | : |
| ATLANTIC MUTUAL INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**ORDER**

The parties' joint motion for extension of time to complete discovery [#28] is **granted**, and the dates therein proposed **so ordered**, but the Court notes that the motion to set everything back two months was filed almost exactly two months after the last re-scheduling order. These deadlines will not be extended again.


JAMES ROBERTSON
United States District Judge