# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HRGM CORPORATION et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:07-cv-01176-JR |
| ) | |
| ) | |
| ATLANTIC MUTUAL INSURANCE CO. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Philip T. Evans, Esquire, of the law firm Holland & Knight LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington, DC 20006, (202) 457-7043, hereby enters his appearance as co-counsel on behalf of Plaintiffs HRGM Corporation, Ramesh Butani and Hansa Butani in the above-captioned matter.

Dated: August 21, 2008              Respectfully submitted,

    /s/ Philip T. Evans
Philip T. Evans (D.C. Bar #441735)
Holland & Knight LLP
2099 Pennsylvania Avenue N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 (phone)
(202) 955-5564 (fax)
Philip.evans@hklaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was served on the following via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing this 21st day of August, 2008:

Craig David Roswell
Niles, Barton & Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore, MD  21202

Craig Holman
Cameron W. Fogle
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004

                                                    /s/ Philip T. Evans
                                                Philip T. Evans

# 5557790_v1