IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HR GENERAL MAINTENANCE CORPORATION<br>t/a HRGM CORPORATION, et al.<br><br>  Plaintiffs/Counter-Defendants<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY<br><br>  Defendant/Counter-Plaintiff | Case No.: 1:07-cv-01176-JR |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. PROC.41(a)(ii) the parties, by undersigned counsel, voluntarily dismiss WITH PREJUDICE the Complaint and Counterclaim in this matter. Each side to bear its own costs.

  /s/
Philip T. Evans (DC Bar No. 441735)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

  /s/
Craig A. Holman (DC Bar No. 447852)
Cameron W. Fogle (DC Bar No.473380)
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
*Counsel for Plaintiffs/Counter-Defendants*

  /s/
Craig D. Roswell (DC Bar No. 433406)
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
*Counsel for Defendant/Counter-Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January 2009, a copy of the foregoing Voluntary Stipulation of Dismissal With Prejudice was sent via this Court's electronic filing system to:

Craig A. Holman
Cameron W. Fogle
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
*Co-Counsel for Plaintiffs/Counter-Defendants*

and

Craig D. Roswell
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
*Counsel for Defendant/Counter-Plaintiff*

                                               /s/
                                       Philip T. Evans

# 6025990_v1